**Opinion issued April 10, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00814-CV

————————————

**IN RE JP FOODS, LLC, CAI YI, THE XENOS YUEN FAMILY IRREVOCABLE TRUST, CREDIT LINK FINANCE LIMITED COMPANY, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

JP Foods, LLC, Cai Yi, Xenos Yuen Family Irrevocable Trust, and Credit Link Finance Limited Company filed a petition for writ of mandamus challenging (1) the trial court's order denying a motion to compel further depositions in Case Number 12-DCV-202514 and (2) the trial court's decision to abate in Case

Number 12-DCV-202531 pending a bankruptcy court ruling regarding the application of the automatic stay under 11.U.S.C. §362.[*]

We **deny** the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.

---

[*] The underlying cases are *Nkasi Comfort Onyung v. Credit Link Finance Limited Company, and the Yuen Family Irrevocable Trust a/k/a/ Xenos Yuen Family Irrevocable Trust* (cause number 12-DCV-202514) and *Nkasi Comfort Onyung v. JPMorgan Chase Bank, N.A. and JP Foods, LLC* (cause number 12-DCV-202531), pending in the 434th District Court of Fort Bend County, Texas, the Hon. James H. Shoemake presiding.